Patrick Lee Bohall
c/o 3900 Dakota Ave. #8
South Sioux City, Nebraska
Tax ID #: 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 (For information only)

Certified Mail# <u>7003 1680 0004 6880 1198</u>

**Department of the Treasury**
Internal Revenue Service
Mr. Mark W. Everson, Commissioner et al.
1111 Constitution Ave. NW, Room 3000
Washington, D.C. 20224

**Re: Inquiry of tax obligation owed by Patrick Lee Bohall, Citizen.**

Dear Mr. Everson:

I have received voluminous amounts of correspondence from your agency. This correspondence has come from campuses nation wide alleging that I owe a tax to the United States Treasury. I have attempted in vain to obtain verification of the alleged amount your agency claims that I owe. As of this date I have not received any verification, for example; certificate of assessments. It appears from the correspondence that I have received that your agency is not willing to verify the debt and/or willing to reconsider the position taken in the various correspondence that I have received.

Pursuant to the requirements of 26, U.S.C. '6203, I demand that you send me certificate(s) of assessment for each year beginning with 2001 year through and including the present year and evidence of their accuracy. IRC '6201requires that before a tax is due it must be assessed. Your failure to respond will be evidence that in my case there are no assessments for the aforementioned years.

The Federal Records Act, <u>44 USC ' 3101</u>, and the National Archives Act, <u>44 USC ' 3106</u>, and federal regulations, at <u>36 CFR Part 1222</u>, requires you, as the head of a Federal agency, to make and preserve records containing adequate and proper documentation of, the organization of the agency; the functions of the agency; the policies of the agency; the decisions of the agency; the procedures of the agency; and the essential transactions of the agency.

The following extractions from the GAO audit reports for the years 1993 through and including 2003 establish IRS records are generally unreliable, the IRS cannot generate a file or listing of the detailed transaction such as assessments, collections, abatements, refunds, and interest recorded; IRS permits employees to make unauthorized access and modifications to taxpayer information; IRS cannot retrieve the detailed information needed to summarize individual types of transactions, such as penalties or interest, or support the information included in IRS' reports; IRS cannot ensure that (1) manual entries are appropriate and authorized and (2) any keying errors associated with manually input entries are detected; IRS' systems do not routinely produce reliable information about valid and collectible accounts receivable; IRS' automated records contain errors and IRS does not record tax assessments, payments and other activities; IRS controls over cash, checks and related hard copy taxpayer data it receives from taxpayers do not sufficiently limit the risk of theft, loss, or misuse of

such funds and data; many assessments were erroneous; IRS stated that it generally agreed with the findings and conclusions in the reports.

Pursuant to the foregoing I challenge the accuracy of all IRS records regarding me.

Two decisions of the 9th circuit court of appeals are pertinent in their teachings and applicability here. Huff v United States, 10 F3d 1440 (9th Cir. 1993) and Mulvania v U.S. 214 BR (9th Cir 1997). Each of these 9th Cir decisions make it clear that in order to properly discharge his statutory obligation under 26 USC 6203 of the IRS Code and Sec. 301.6203-1 of the Treasury Regulations, the Commissioner must issue to the requesting tax payer a summary record of assessment (form 23C) signed by a duly appointed assessment officer in order to properly validate an assessment of a tax. Absent an assessment, NO TAX EXISTS. Rosenman v. Commissioner, 323 US 658 (1945) (a tax does not exist absent an assessment)

If I do not hear from you within 30 days from your receipt of this letter disputing a tax obligation for the years in question I will reasonably conclude that you are not willing to reconsider the position your agency has taken, have failed to keep proper records, failed to properly discharge your duty, there are no assessments for the years referenced, that your agency's requests are fraudulent, that your employees are engaged in felony extortion by collecting more tax than is shown on the certificate(s) of assessment(s), and shall expect your internal investigation to determine who violated laws by sending me threatening letters.

Thank you in advance for respecting my right to dispute an alleged tax obligation.

Sincerely,

*[signature]* (all rights reserved)
Patrick Lee Bohall
Dated July 27th, 2006

**SHERRY HEGG**
**Notarial Seal - IOWA**
Commission No.737510
My Commission Expires 1-7-2008

*[signature: Sherry Hegg]*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
MR. MARK W. EVERSON (Comm)
1111 CONSTITUTION AVE
NW, ROOM 3000
WASHINGTON, DC 20224

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0004 6880 1198

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To: INTERNAL REVENUE SERVICE
Street, Apt. No.; or PO Box No. 1111 CONSTITUTION AVE NW ROOM 3000
City, State, ZIP+4 WASHINGTON, DC 20224

PS Form 3800, June 2002    See Reverse for Instructions

7003 1680 0004 6880 1198

**IRS** Department of the Treasury
Internal Revenue Service
CINCINNATI, OH  45999-0025

7183 6086 6456 1262 8827

Notice Number: CP 504
Notice Date: 07-24-2006
SSN/EIN: 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
Caller ID: 538821

PATRICK L BOHALL
6637 WHISPERING CREEK DR
SIOUX CITY  IA  51106-7200378


*508829533101*

## Urgent !!

**We intend to levy on certain assets. Please respond NOW.**
(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe. The law requires that you pay your tax at the time you file your return. This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full. In addition, we will begin to search for other assets we may levy. We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.** If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below. Current balance may include Civil Penalty, if assessed.

### Account Summary

| Form: 1040A | Tax Period: 12-31-2001 |
|---|---|
| Current Balance: | $598,848.56 |
| Includes: | |
| Penalty: | $32,260.80 |
| Interest: | $60,495.92 |
| Last Payment: | $0.00 |

For information on your penalty & interest computations, you may call 1-800-829-8374

Questions? Call us at **1-800-829-8374**

See the enclosed Publication 594, *The IRS Collection Process*, and Notice 1219B, *Notice of Potential Third Party Contact*, for additional information.

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 07-24-2006

*write on your check:*

| 1040A | 12-31-2001 | 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 |

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

Amount Due:
$598,848.56

Internal Revenue Service
CINCINNATI, OH  45999-0025

PATRICK L BOHALL
6637 WHISPERING CREEK DR
SIOUX CITY  IA  51106-7200378

508829533 IR BOHA 30 0 200112 670 00000000000

**IRS** Department of the Treasury
Internal Revenue Service
CINCINNATI, OH 45999-0025

Notice Number: CP 503
Notice Date: 06-19-2006
SSN/EIN: 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
Caller ID: 538821

PATRICK L BOHALL
6637 WHISPERING CREEK DR
SIOUX CITY   IA   51106-7200378



*508829533101*

# IMPORTANT
## Immediate action is required.

We previously wrote to you about your unpaid account, but you haven't contacted us about it. Penalties and interest on the unpaid balance are continuing to increase. Please pay the amount you owe within ten days from the date of this notice. If you can't pay now, call us at the number shown below. You may be qualified for an installment agreement or payroll deduction agreement. We want to help you resolve this bill. However, if we don't hear from you, we will have no choice but to proceed with steps required to collect the amount you owe. **If you already paid your balance in full or arranged for an installment agreement, please disregard this notice.**

THE AMOUNT INDICATED ON THE NOTICE DOES NOT INCLUDE ALL THE ACCRUED PENALTY AND INTEREST CHARGED TO YOUR ACCOUNT. TO RECEIVE THE TOTAL, PLEASE CONTACT THE IRS AT THE NUMBER LISTED ON THIS NOTICE.

## Account Summary

| Form: 1040A | Tax Period: 12-31-2001 |
|---|---|

Current Balance:
Includes:
Penalty:
Interest: $56,336.03
Last Payment: $0.00

For information on your penalty & interest computations, you may call 1-800-829-8374

Questions? call us at **1-800-829-8374**

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 503
Notice Date: 06-19-2006

write on your check:

| 1040A | 12-31-2001 | 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 |

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

Amount Due:

Internal Revenue Service
CINCINNATI, OH 45999-0025

PATRICK L BOHALL
6637 WHISPERING CREEK DR
SIOUX CITY   IA   51106-7200378

508829533 IR BOHA 30 0 200112 670 00000000000

**IRS** Department of the Treasury
Internal Revenue Service

OGDEN, UT 84201-0040

Letter Number: 3219(SC/CG)
Letter Date: FEBRUARY 4, 2004

Taxpayer Identification Number:
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

7112 7667 8555 2020 7917

Tax Form: 1040

Tax Year Ended and Deficiency
DECEMBER 31, 2001   $341,608.00

PATRICK L BOHALL
6637 WHISPERING CREEK RD
SIOUX CITY, IA   51106-7200378

Contact Person:
   MR. PARIZEK   29-61699
Contact Telephone Number:
   (866) 899-9083
   (TOLL FREE NUMBER)
Hours to Call:
   7:00 AM TO 7:00 PM MON-FRI

Last Date to Petition Tax Court:
   MAY 4, 2004

Penalties/Additions to Tax
IRC Section 6651(a)(1)   $100,008.48
IRC Section 6654(a)      $13,518.45

Dear Taxpayer:

We have determined that there is a deficiency (increase) in your income tax as shown above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have until the **Last Date to Petition Tax Court** (90 days from the date of this letter or 150 days if the letter is addressed to you outside the United States) to file a petition with the United States Tax Court for a redetermination of the amount of your tax. You can get a petition form and the rules for filing a petition from the Tax Court. You should file the petition with the **United States Tax Court, 400 Second Street NW, Washington D.C. 20217.** Attach a copy of this letter to the petition.

The time in which you must file a petition with the court (90 days or 150 days as the case may be) is fixed by law and the Court cannot consider your case if the petition is filed late. As required by law, separate notices are sent to spouses. If this letter is addressed to both a husband and wife, and both want to petition the Tax Court, both must sign the petition or each must file a separate, signed petition.

The Tax Court has a simplified procedure for small tax cases when the amount in dispute is $50,000 or less for any one tax year. You can also get information about this procedure, as well as a petition form you can use, by writing to the Clerk of the United States Tax Court at 400 Second Street, NW, Washington, D.C. 20217. You should write promptly if you intend to file a petition with the Tax Court.

If you decide *not* to file a petition with the Tax Court, please sign and return the enclosed waiver form to us. This will permit us to assess the deficiency quickly and will limit the accumulation of interest. We've enclosed an envelope you can use. If you decide not to sign and return the waiver and you do not petition the Tax Court, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).