AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Columbia

Patrick Lee Bohall

V.

UNITED STATES GOVERNMENT

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER   1:06CV01482

JUDGE: Henry H. Kennedy

DECK TYPE: Pro se General Civil

DATE STAMP: 08/21/2006

TO: (Name and address of Defendant)

Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S *PRO SE* (name and address)

Patrick Lee Bohall
c/o 3900 Dakota Ave. #8
South Sioux City, Nebraska
68776
(712) 898-6111

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

*Maureen Higgins*
(By) DEPUTY CLERK

AUG 2 1 2006

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 8-29-06 |
| NAME OF SERVER (PRINT) J. MIKE RODGERS | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By REGISTERED MAIL NO. 7001 0320 0001 2425 7358

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/29/06
Date

Signature of Server: J. Mike Rodgers

Address of Server: 3900 Dakota Ave #8
So. Sioux City, NE 68776

VICKI A BEERS
Notarial Seal - IOWA
Commission No. 742224
My Commission Expires Aug. 11, 2009

Vicki A. Beers
8/29/06

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ALBERTO GONZALES
UNITED STATES ATTY GENERAL
950 PENNSYLVANIA AVE
WASHINGTON, DC 20530

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): SEP 0 5 2006
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7001 0320 0001 2425 7358

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $1.11 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.36 |

Postmark: 08/29/2006 SOUTH SIOUX CITY

Sent To: ALBERTO GONZALES
Street, Apt. No.; or PO Box No.: 950 PENNSYLVANIA AVE
City, State, ZIP+4: WASHINGTON DC 20530

7001 0320 0001 2425 7358

PS Form 3800, January 2001   See Reverse for Instructions