AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Columbia

Patrick Lee Bohall

V.

UNITED STATES GOVERNMENT

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

CASE NUMBER   1:06CV01482

JUDGE: Henry H. Kennedy

DECK TYPE: Pro se General Civil

DATE STAMP: 08/21/2006

TO: (Name and address of Defendant)

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001

*PRO SE*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ▓▓▓▓▓▓▓ (name and address)

Patrick Lee Bohall
c/o 3900 Dakota Ave. #8
South Sioux City, Nebraska
68776

(712) 898-6111

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

_Maureen Higgins_

(By) DEPUTY CLERK

AUG 2 1 2006

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8-29-06 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| J. MIKE RODGERS | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): BY REGISTERED MAIL NO. 7001 0320 0001 2425 7341

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    8/29/06
             *Date*

                 *Signature of Server*

              3900 Dakota Ave. #8
              *Address of Server*
              So. Sioux City, NE 68776

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

 **UNITED STATES POSTAL SERVICE®**



Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7001 0320 0001 2425 7341**
Detailed Results:

- **Forwarded, September 07, 2006, 2:01 pm, WASHINGTON, DC**
- **Arrival at Unit, August 31, 2006, 10:30 am, WASHINGTON, DC 20001**
- **Acceptance, August 29, 2006, 11:04 am, SOUTH SIOUX CITY, NE 68776**

( < *Back* )   ( *Return to USPS.com Home >* )

Track & Confirm
Enter Label/Receipt Number.

**Notification Options**

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( *Go >* )

---

 POSTAL INSPECTORS     site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy