CERTIFIED MAILING # 7001 0320 0001 2425 7396

# United States District Court
IN THE DISTRICT OF COLUMBIA

Patrick Lee Bohall

                          Case No. 1:06-cv-01482 (HHK)

        Plaintiff(s),

v.

United States

        Defendant.

### REQUEST FOR ENTRY OF DEFAULT

I, Patrick Lee Bohall, pursuant to Federal Rule of Civil Procedure 55(a), hereby request the Clerk enter the default of defendant in the above-captioned action. The Rule states:

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

This request is supported by the Docket, showing:

1. This case was filed to the Court on August 21, 2006 (Docket # 1).

2. Summons and Complaint were served upon counsel for the defendant by United States Postal Service, Certified Mail, on September 7, 2006 (Docket # 2; 3).

3. The time for the defendant to answer or otherwise defend expired on November 6, 2006 (See Docket).

4. Defendant has failed to answer or otherwise defend (See Docket).

5. Defendant is in default (See Docket).

**RECEIVED**
NOV 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dated: Nov. 20_____, 2006

_____
Patrick Lee Bohall

11/20/2006

signed Vicki A. Beers

**VICKI A BEERS**
Notarial Seal - IOWA
Commission No. 742224
My Commission Expires Aug. 11, 2009

JURY, PROSE-NP, TYPE-F

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:06-cv-01482-HHK

| | |
|---|---|
| BOHALL v. UNITED STATES GOVERNMENT<br>Assigned to: Judge Henry H. Kennedy<br>Cause: 26:7422 Civil Actions by Taxpayers for Refund of Taxes | Date Filed: 08/21/2006<br>Jury Demand: Plaintiff<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**PATRICK LEE BOHALL**        represented by  **PATRICK LEE BOHALL**
3900 Dakota Avenue
#8
South Sioux City, NE 68776-3696
US
(712) 898-6111
PRO SE

V.

**Defendant**

**UNITED STATES GOVERNMENT**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2006 | 1 | COMPLAINT against UNITED STATES GOVERNMENT (Filing fee $ 350) filed by PATRICK LEE BOHALL. (Attachments: # 1 Exhibit)(lc, ) (Entered: 08/23/2006) |
| 08/21/2006 | | SUMMONS (2) Issued as to U.S. Attorney and U.S. Attorney General (lc, ) (Entered: 08/23/2006) |
| 09/27/2006 | 2 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General 9/5/2006. (lc, ) (Entered: 09/28/2006) |
| 09/27/2006 | 3 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney. Date of Service Upon US Attorney 9/7/2006. (lc, ) (Entered: 09/28/2006) |

| PACER Service Center |
|---|

| Transaction Receipt | | | |
|---|---|---|---|
| 11/15/2006 16:27:56 | | | |
| PACER Login: | lf1115 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:06-cv-01482-HHK |
| Billable Pages: | 1 | Cost: | 0.08 |