IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK LEE BOHALL, | ) |
|     Plaintiff, | ) No. 1:06CV01482 (HHK) |
| v. | ) |
| UNITED STATES, | ) |
|     Defendant. | ) |

**NOTICE OF APPEARANCE**

PLEASE ENTER my appearance as trial counsel on behalf of the United States in the above-captioned case.

DATE:   January 16, 2007

                                       Respectfully submitted,

                                       /s/ Beatriz T. Saiz
                                       BEATRIZ T. SAIZ
                                       Trial Attorney, Tax Division
                                       U.S. Department of Justice
                                       P.O. Box 227
                                       Washington, D.C.  20044
                                       Telephone:  (202) 307-6585

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on January 16, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Patrick Lee Bohall
>3900 Dakota Avenue
>#8
>South Sioux City, NE 68776-3696

>/s/ Beatriz T. Saiz
>BEATRIZ T. SAIZ