IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK LEE BOHALL ) | |
| ) | |
| Plaintiff, ) | No. 1:06CV01482 (HHK) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING MOTION TO VACATE ENTRY OF DEFAULT**

The Court, having considered the United States' Motion to Vacate Entry of Default, any opposition thereto, and the entire record in this matter, it is

ORDERED that the entry of default against the United States is VACATED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the representatives of the parties listed below.

SO ORDERED this ____ day of _____ 2007.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

PATRICK LEE BOHALL
3900 Dakota Avenue #8
South Sioux City Nebraska 68766