IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK LEE BOHALL | ) |
| | ) |
| Plaintiff, | ) No. 1:06CV01482 (HHK) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER was served upon the following individual(s) on January 16, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Patrick Lee Bohall
>3900 Dakota Avenue, #8
>South Sioux City, NE 68776-3696

>/s/ Beatriz T. Saiz
>BEATRIZ T. SAIZ