Patrick Lee Bohall
3900 Dakota Ave. #8
South Sioux City, Nebraska
68776

January 22, 2007

Registered Mail No. 0303 1910 0000 7806 3975

Beatriz T. Saiz
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044

RE: Patrick Lee Bohall v. UNITED STATES
No. 1:06-cv-01482 HHK   (USDC D.D.C.)

Dear Ms. Saiz,

I am in receipt of your motion to dismiss the above referenced matter. Said motion is not properly before the Court owing to defendant's failure to plead or otherwise defend the above referenced matter, and the Clerk's subsequent entry of default (Dkt. #5).

Default having been duly entered by the Clerk, the proper avenue for defendant at this juncture is to submit a verified (in affidavit form and, or supported by affidavit(s)) answer to Plaintiff's complaint in accordance with Local Rule 7(g). A motion to dismiss submitted after the Clerk's entry of default is without merit and moot on its face. Further, your motion to dismiss contains false statements and frivolous arguments. Consequently, Plaintiff will not respond to your untimely motion.

Consider this correspondence as your Rule 11(b) notice that you have 21 days to withdraw your frivolous motion to dismiss. Your failure to do so will result in a motion for sanctions being filed with the Court. Failure to withdraw the aforementioned frivolous motion to dismiss will also result in Plaintiff moving to strike said untimely pleading in accordance with Fed. R. Civ. P. 12(f).

Thank you for your attention to this matter.

*Patrick Lee Bohall* (signature)

Patrick Lee Bohall

cc: Clerk USDC D.D.C.

**RECEIVED**
JAN 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re: Bohall v UNITED STATES                                      Rule 11 Notice