IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK LEE BOHALL              )<br>                                                )<br>           Plaintiff,                        )   No. 1:06CV01482 (HHK)<br>                                                )<br>    v.                                         )<br>                                                )<br>UNITED STATES,                        )<br>                                                )<br>           Defendant.                    ) | |

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing REPLY TO PLAINTIFF'S OPPOSITION TO THE UNITED STATES' MOTION TO VACATE ENTRY OF DEFAULT was served upon the following individual(s) on February 6, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> Patrick Lee Bohall
> 3900 Dakota Avenue, #8
> South Sioux City, NE 68776-3696


> /s/ Beatriz T. Saiz
> BEATRIZ T. SAIZ

2208252.1