UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK LEE BOHALL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES GOVERNMENT,<br><br>　　　　　　Defendant. | Civil Action 06-01482  (HHK) |

ORDER TO VACATE AND SET ASIDE ENTRY OF DEFAULT

Before the court is the United States' motion to set aside the entry of default. An entry of default may be set aside for "good cause shown" Fed. R. Civ. P. 55(c). Upon consideration of the motion, the opposition thereto, and the record of this case, the court determines that good cause has been shown. Accordingly, it is this 7th day of February, 2007, hereby

**ORDERED** that the motion to vacate and set aside the default [#7] is **GRANTED**; and it is further

**ORDERED** that the entry of default be **SET ASIDE** pursuant to Fed. R. Civ. P. 55(c).

　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge