UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK LEE BOHALL,<br><br>           Plaintiff,<br><br>      v.<br><br>UNITED STATES GOVERNMENT,<br><br>           Defendant. | Civil Action 06-01482  (HHK) |

ORDER DIRECTING PLAINTIFF TO RESPOND
TO DEFENDANT'S MOTION TO DISMISS

Defendant filed a motion to dismiss on January 16, 2007 [#8].  In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice ... should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.  Plaintiffs are also referred to Local Rule 7(b) which provides that a party has 11 days within which to respond to a motion.  Otherwise, under certain circumstances, the court may treat the motion as conceded.

Accordingly, it is by the court this 7th day of February, 2007, hereby

**ORDERED** that plaintiff file an opposition to defendant's motion on or before March 6, 2007. If plaintiff fails to file a response or opposition to defendant's motion by this deadline, the court may enter judgment in favor of defendant.

Henry H. Kennedy, Jr.
United States District Judge