IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK LEE BOHALL ) | |
| ) | |
| Plaintiff, ) | No. 1:06CV01482 (HHK) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing REPLY TO PLAINTIFF'S OPPOSITION TO THE UNITED STATES' MOTION TO DISMISS was served upon the following individual(s) on March 15, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Patrick Lee Bohall
>3900 Dakota Avenue, #8
>South Sioux City, NE 68776-3696

>/s/ Beatriz T. Saiz
>BEATRIZ T. SAIZ

2304607.1