UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK LEE BOHALL,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES,<br><br>            Defendant. | Civil Action 06-01482  (HHK) |

ORDER

Before the court is the United States' motion to dismiss [#8]. This motion is now moot in light of the filing of plaintiff's amended complaint. It is therefore this 22nd day of March, 2007, hereby

**ORDERED** that the motion to dismiss is **DENIED** as moot.


                                                    Henry H. Kennedy, Jr.
                                                    United States District Judge