IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK LEE BOHALL )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>    Defendant. ) | No. 1:06CV01482 (HHK) |

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS AMENDED COMPLAINT, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on April 20, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

    Patrick Lee Bohall
    3900 Dakota Avenue, #8
    South Sioux City, NE 68776-3696

    /s/ Beatriz T. Saiz
    BEATRIZ T. SAIZ

2416522.1