# UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

Patrick Lee Bohall,

        Plaintiff,

v.

UNITED STATES,

        Defendant.

No. 1:06-cv-01482 (HHK)

## ORDER

Plaintiff, having filed his Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, and the Court being duly and sufficiently advised in the premises now finds that the relief prayed for therein should be granted.

IT IS THEREFORE ORDERED that Plaintiff is granted an extension of twenty (20) days in which to respond, making said Response to Motion to Dismiss due on or before June 12, 2007.

Dated:_____, 2007

_____
UNITED STATES DISTRICT JUDGE