# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Patrick Lee Bohall,

    Plaintiff,                               No. 1:06CV01482 (HHK)

v.

UNITED STATES,

    Defendant.

## ORDER

THIS MATTER having come before the Court by motion of Plaintiff Patrick Lee Bohall, requesting sanctions against Counsel for the defendant, Beatriz T. Saiz, and the Court having considered Plaintiff's memorandum of law in support of said motion, the Court hereby FINDS:

Counsel for the defendant, Beatriz T. Saiz, has violated Fed. R. Civ. P. 11 by submitting frivolous pleadings (Dkt. # 19) to this Court. Counsel has waived the opportunity to withdraw or otherwise correct the pleadings in question.

THEREFORE: The Court imposes a fine of $3500.00 to be paid by Beatriz T. Saiz to the Clerk of this Court no later than _____, 2007

Dated: _____, 2007

                                                  _____

                                                  UNITED STATES DISTRICT JUDGE