**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PATRICK LEE BOHALL,

     **Plaintiff,**

   **v.**           Civil Action 06-01482  (HHK)

UNITED STATES
GOVERNMENT,

     **Defendant.**

**ORDER DIRECTING PLAINTIFF TO RESPOND**
**TO DEFENDANT'S MOTION TO DISMISS**

  Defendant filed a motion to dismiss plaintiff's amended complaint on April 20, 2007

[#19].  In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district

court must take pains to advise a *pro se* party of the consequences of failing to respond to a

dispositive motion.  "That notice . . . should include an explanation that the failure to

respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at

509.  Plaintiff is also referred to Local Rule 7(b) which provides that a party has eleven days

within which to respond to a motion.  Otherwise, under certain circumstances, the court may treat

the motion as conceded.

  Plaintiff has filed a motion for an extension of time by which to file his response.

Granting the motion is warranted.  The court instructs plaintiff, however, that the new deadline

imposed upon him is and will remain unaffected by his recent filing of a motion for sanctions.

Accordingly, it is by the court this 5th day of June, 2007, hereby

**ORDERED** that plaintiff file an opposition to defendant's motion on or before June 29, 2007.   If plaintiff fails to file a response or opposition to defendant's motion by this deadline, the court may enter judgment in favor of defendant.


Henry H. Kennedy, Jr.
United States District Judge