# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Patrick Lee Bohall,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

No. 1:06CV01482 (HHK)

## [PROPOSED] ORDER

This matter is before the Court on Plaintiff's Motion to Strike portions of Defendant's Motion to Dismiss the Amended Complaint. Upon consideration of Plaintiff's motion, any opposition thereto, and the entire record in this case, it is hereby:

ORDERED that the Plaintiff's motion is GRANTED, and all parts of Defendant's Motion to Dismiss the Amended Complaint referring to refund claims and other relief not specifically sought by Plaintiff are stricken from Defendant's motion.

It is further ORDERED that all parts of Defendant's motion directly contrary to the record evidence already on the Docket in this matter are stricken from Defendant's motion.

It is further ORDERD that Defendant shall file a revised Motion to Dismiss the Amended Complaint in accordance with this order within ten days

Dated: _____, 2007

                                       _____

                                       UNITED STATES DISTRICT JUDGE