RECEIVED

JUN 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

Patrick Lee Bohall,

      Plaintiff,

v.

UNITED STATES,

      Defendant.

No. 1:06-cv-01482 (HHK)

MOTION FOR ENLARGEMENT OF TIME

### MOTION FOR ENLARGEMENT OF TIME

Plaintiff moves the Court for an enlargement of time in which to reply to defendant's Motion to Dismiss.

Plaintiff respectfully requests an enlargement of time pending the Court's decision regarding Plaintiff's Motion for Leave to file Second Amended Complaint.

Defendant has not entered a responsive pleading into the instant matter, and will not be prejudiced by the requested enlargement of time.

Dated: June 26, 2007

Respectfully submitted,

Patrick Lee Bohall

## CERTIFICATE OF SERVICE

I certify that on June 26, 2007, a true and complete copy of the foregoing Motion for Enlargement of Time was served by U. S. Mail upon the following, and addressed as follows:

BEATRIZ T. SAIZ
Trial Attorney
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

By: _____

Patrick Lee Bohall