RECEIVED
JUN 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| Patrick Lee Bohall, | No. 1:06-cv-01482 (HHK) |
| Plaintiff, | MOTION FOR LEAVE TO AMEND |
| v. | |
| UNITED STATES, | |
| Defendant. | |
| _____ / | |

### PLAINTIFF'S MOTION FOR LEAVE TO AMEND

Plaintiff, Patrick Lee Bohall, respectfully requests the Court grant Plaintiff leave to file his Second Amended Complaint in the above captioned matter pursuant to Fed. R. Civ. P. 15(a).

Plaintiff, proceeding pro se, inadvertently omitted fundamental issues from his Amended Complaint.

Defendant has not entered a responsive pleading into the instant matter, and will not be prejudiced by Plaintiff's amendment.

Date: June 26, 2007

Respectfully submitted,

*/s/ Patrick Lee Bohall*
Patrick Lee Bohall

## CERTIFICATE OF SERVICE

I certify that a true, correct, and complete copy of the foregoing MOTION FOR LEAVE TO AMEND was served upon Counsel for defendant on the 26th day of June, 2007, by USPS, addressed as follows:

BEATRIZ T. SAIZ
Trial Attorney
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 2004

Date: June 26, 2007

Patrick Lee Bohall

Patrick Lee Bohall  v. UNITED STATES