| Form 668 (Y)(c)<br>(Rev. February 2004) | 12479 Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | |
|---|---|---|
| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #4<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br>342552507 | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Roll 689 Image 3244
Document 12182 Type FDTXL Pages 1
Date 2/12/2007 Time 12:58 PM
Rec Amt $7.00

Name of Taxpayer PATRICK L BOHALL

Residence  6637 WHISPERING CREEK DR
SIOUX CITY, IA 51106-7200

PATRICK F GILL, AUDITOR AND RECORDER
WOODBURY COUNTY IOWA

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period Ending<br>(b) | Identifying Number<br>(c) | Date of Assessment<br>(d) | Last Day for Refiling<br>(e) | Unpaid Balance of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2001 | XXX-XX-9533 | 09/27/2004 | 10/27/2014 | 538352.64 |

Place of Filing
Woodbury County Recorder
Woodbury Courthouse
Sioux City, IA 51101

Total $ 538352.64

This notice was prepared and signed at _____ST PAUL, MN_____, on this,

the __30th__ day of __January__, __2007__.

Signature  K. A. Mitchell
for MARY MORGAN

Title REVENUE OFFICER
(712) 274-1735 x2240

24-10-1427

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

**RECORDING CERTIFICATE**
STATE OF IOWA, COUNTY OF WOODBURY
I PATRICK F. GILL, Auditor/Recorder of said County, hereby certify
that the foregoing is a true and complete photographic copy from the
original record in this office which was recorded on
book 689 page 3294   10 ⁰⁰ pd.
roll _____ image _____
Dated at Sioux City, Iowa on the 7 day of Mar 20 07
PATRICK F. GILL, AUDITOR & RECORDER
By C. Murphy   Designee

| Form **4549** (Rev. March 2005) | Department of the Treasury-Internal Revenue Service **Income Tax Examination Changes** | Page 2 of 2 |
|---|---|---|
| Name of Taxpayer: Patrick L. & Jan V. Bohall | Taxpayer Identification Number: 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 | Return Form No.: 1040 |

| 17. Penalties/ Code Sections | Period End 12/31/2002 | Period End | Period End |
|---|---|---|---|
| a. Delq-IRC 6651(a)(1) | 20,111.75 | | |
| b. Accuracy- IRC 6662 | 16,089.40 | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. Total Penalties | 36,201.15 | | |
| Underreporter attributable to negligence: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underreporter attributable to fraud: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underreporter attributable to Tax Motivated Transactions *(TMT)*. The interest will accrue and be assessed at 120% of the under-payment rate in accordance with IRC §6621(c) | 0.00 | | |
| 19. Summary of Taxes, Penalties and Interest: | | | |
| a. Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 80,447.00 | | |
| b. Penalties *(Line 18)* - computed to 03/02/2007 | 36,201.15 | | |
| c. Interest *(IRC § 6601)* - computed to 04/01/2007 | 30,623.57 | | |
| d. TMT Interest - computed to 04/01/2007 *(on TMT underpayment)* | 0.00 | | |
| e. Amount due or *(refund)* - (sum of Lines a, b, c and d) | 147,271.72 | | |

Other Information:

| Examiner's Signature: Cindy Allan *(signed)* | Employee ID: 6HLFB | Office: Portland, OR | Date: 03/02/2007 |
|---|---|---|---|

Consent to Assessment and Collection- I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in the United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus additional interest as provided by law. It is understood that this report is subject to acceptance by the Area Director, Area Manager, Specialty Tax Program Chief, or Director of Field Operations.

***PLEASE NOTE:*** *If a joint return was filed,* ***BOTH*** *taxpayers must sign*

| Signature of Taxpayer X | Date: | Signature of Taxpayer X | Date: |
|---|---|---|---|
| By: | | Title: | Date: |

Catalog Number 23105A    www.irs.gov    Form **4549** (Rev. 3-2005)

| Form **4549** (Rev. March 2005) | Department of the Treasury-Internal Revenue Service **Income Tax Examination Changes** | | Page 1 of 2 |
|---|---|---|---|
| Name and Address of Taxpayer<br>Patrick L. & Jan V. Bohall | Taxpayer Identification Number<br>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 | | Return Form No.:<br>1040 |
| | Person with whom examination changes were discussed. | Name and Title: | |

| 1. Adjustments to Income | Period End<br>12/31/2002 | Period End | Period End |
|---|---|---|---|
| a. Sch C1 - Other Expenses | 267,164.00 | | |
| b. SE AGI Adjustment | (8,842.00) | | |
| c. Itemized Deductions | 266,896.00 | | |
| d. Exemptions | 3,780.00 | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | 528,998.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | (297,710.00) | | |
| 4. **Corrected Taxable Income**<br>   Tax Method<br>   Filing Status | 231,288.00<br>TAX RATE<br>Joint | | |
| 5. Tax | 62,764.00 | | |
| 6. Additional Taxes / Alternative Minimum Tax | | | |
| 7. Corrected Tax Liability | 62,764.00 | | |
| 8. **Less**  a.<br>   **Credits** b.<br>            c.<br>            d. | | | |
| 9. Balance *(Line 7 less Lines 8a through 8d)* | 62,764.00 | | |
| 10. Plus   a. Self Employment Tax<br>    Other  b.<br>    Taxes  c.<br>           d. | 17,683.00 | | |
| 11. Total Corrected Tax Liability *(Line 9 plus Lines 10a through 10d)* | 80,447.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0.00 | | |
| 13. Adjustments to: a.<br>                    b.<br>                    c. | | | |
| 14. Deficiency-Increase in Tax or *(Overassessment-Decrease in Tax)*<br>    *(Line 11 less Line 12 adjusted by Lines 13a plus 13b)* | 80,447.00 | | |
| 15. Adjustments to Prepayment Credits - Increase *(Decrease)* | | | |
| 16. Balance Due or *(Overpayment)* - *(Line 14 adjusted by Line 15)*<br>    *(Excluding interest and penalties)* | 80,447.00 | | |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest income)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

Catalog Number 23105A                www.irs.gov                Form **4549** (Rev. 3-2005)