UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK LEE BOHALL,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant. | Civil Action 06-01482  (HHK) |

## ORDER

Before the court are plaintiff's motions to strike [#24] defendant's motion to dismiss and for sanctions [#22] against defendant.  Upon consideration of the motions, the opposition thereto, and the record of this case, it is this 2nd day of July, 2007, hereby

**ORDERED** that the aforementioned motions are **DENIED**.

Henry H. Kennedy, Jr.<br>United States District Judge

Dated: July 2, 2007