IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK LEE BOHALL, | ) |
| | ) |
| Plaintiff, | ) Civ. No. 1:06CV01482 (HHK) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Having considered the PLAINTIFF'S MOTION FOR LEAVE TO AMEND and the UNITED STATES' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND, it is by the Court

ORDERED that the motion is DENIED;  and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this ____ day of _____ 2007.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

PATRICK LEE BOHALL
3900 Dakota Avenue #8
South Sioux City Nebraska 68766