UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK LEE BOHALL,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES,<br><br>        Defendant. | Civil Action 06-01482 (HHK) |

ORDER REFERRING ACTION TO
UNITED STATES MAGISTRATE JUDGE DEBORAH A. ROBINSON
FOR REPORT AND RECOMMENDATION

It is this 6th day of July, 2007, hereby

**ORDERED** that defendant's motion to dismiss [#19] and plaintiff's motion for leave to file an amended complaint [#27] are referred to United States Magistrate Judge Deborah A. Robinson for her report and recommendation pursuant to LCvR 72.3.

                                                  Henry H. Kennedy, Jr.
                                                  United States District Judge