IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK LEE BOHALL | ) |
| | ) |
| Plaintiff, | ) No. 1:06CV01482 (HHK) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

ANSWER TO SECOND AMENDED COMPLAINT

The United States, by and through undersigned counsel, respond to the allegations set forth in plaintiff's second amended complaint, as follows:

FIRST DEFENSE

The Court lacks jurisdiction to award any injunctive or declaratory relief.

SECOND DEFENSE

The Court lacks jurisdiction to award any damages for non-collection activities.

THIRD DEFENSE

The Court lacks jurisdiction to award any damages as plaintiff has failed to exhaust his administrative remedies.

FOURTH DEFENSE

FOR ITS FURTHER ANSWER to plaintiff's second amended complaint, the United States responds to the corresponding paragraphs of the complaint as follows:

I. PARTIES

    A.    Admits that the Patrick Lee Bohall is the plaintiff and that he resides in Nebraska. Denies the remaining allegations of paragraph A.

    B.    Admits that the United States is the defendant in this case. Denies the remaining allegations of paragraph B.

II.    JURISDICTION

    A.    Denies the allegations of paragraph A.

    B.    Denies the allegations of paragraph B.

    C.    Denies the allegations of paragraph C.

III.    VENUE

    A.    Denies the allegations of paragraph A.

IV.    ALLEGATIONS

    Count 1.    Denies the allegations of count 1.

    Count 2.    Denies the allegations of count 2.

    Count 3.    Denies the allegations of count 3.

    Count 4.    Denies the allegations of count 4.

    Count 5.    Denies the allegations of count 5.

    Count 6.    Denies the allegations of count 6.

    Count 7.    Denies the allegations of count 7.

    Count 8.    Denies the allegations of count 8.

    Count 9.    Denies the allegations of count 9.

| | |
|---|---|
| Count 10. | Denies the allegations of count 10. |
| Count 11. | Denies the allegations of count 11 |
| Count 12. | Denies the allegations of count 12. |
| Count 13. | Denies the allegations of count 13. |
| Count 14. | Denies the allegations of count 14. |
| Count 15. | Denies the allegations of count 15. |
| Count 16. | Denies the allegations of count 16. |
| Count 17. | Denies the allegations of count 17. |
| Count 18. | Denies the allegations of count 18. |
| Count 19. | Denies the allegations of count 19. |
| Count 20. | Denies the allegations of count 20. |
| Count 21. | Denies the allegations of count 21. |
| Count 22. | Denies the allegations of count 22. |
| Count 23. | Denies the allegations of count 23. |
| Count 24. | Denies the allegations of count 24. |
| Count 25. | Denies the allegations of count 25. |
| Count 26. | Denies the allegations of count 26. |
| Count 27. | Denies the allegations of count 27. |
| Count 28. | Denies the allegations of count 28. |
| Count 29. | Denies the allegations of count 29. |
| Count 30. | Denies the allegations of count 30. |

      Count 31.    Denies the allegations of count 31.

      Count 32.    Denies the allegations of count 32.

      Count 33.    Denies the allegations of count 33.

      Count 34.    Denies the allegations of count 34.

      Count 35.    Denies the allegations of count 35.

      Count 36.    Denies the allegations of count 36.

      Count 37.    Denies the allegations of count 37.

      Count 38.    Denies the allegations of count 38.

      Count 39.    Denies the allegations of count 39.

V.    Special Matters

Denies the allegations of paragraph V.

WHEREFORE, having responded to plaintiff's second amended complaint, the United States prays that this Court:

    a.    Denies the relief sought by way of the second amended complaint;

    b.    Dismiss the second amended complaint with prejudice;

    c.    Grant such other relief as this Court deems appropriate.

DATED: April 17, 2008

Respectfully submitted,

/s/ Beatriz T. Saiz
BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Phone/Fax: (202) 307-6585/514-6866
Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney