IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK LEE BOHALL | ) |
| | ) |
| Plaintiff, | ) No. 1:06CV01482 (HHK) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing UNITED STATES' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT was served upon the following individual(s) on April 17, 2008, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Patrick Lee Bohall
>3900 Dakota Avenue, #8
>South Sioux City, NE 68776-3696

>/s/ Beatriz T. Saiz
>BEATRIZ T. SAIZ