IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK LEE BOHALL | ) |
| | ) |
| Plaintiff, | ) No. 1:06CV01482 (HHK) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

PRAECIPE WITHDRAWING THE UNITED STATES' ANSWER TO SECOND AMENDED COMPLAINT

The United States, by and through undersigned counsel, hereby informs the Court that the answer to the second amended complaint filed on April 17, 2007 is withdrawn. At the initial scheduling conference held on April 18, 2007, it was determined that the answer should be withdrawn since it was filed prior to the filing of the second amended complaint. A responsive pleading will be filed 20 days after the date the second amended complaint is filed.

DATED: April 18, 2008                Respectfully submitted,

/s/ Beatriz T. Saiz
BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Phone/Fax: (202) 307-6585/514-6866
Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney