IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK LEE BOHALL, | ) |
| Plaintiff, | ) No. 1:06CV01482 (HHK) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

I IT IS CERTIFIED that the foregoing UNITED STATES' PRAECIPE WITHDRAWING THE ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT was served upon the following individual(s) on April 18, 2008, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> Patrick Lee Bohall
> 3900 Dakota Avenue, #8
> South Sioux City, NE 68776-3696

> /s/ Beatriz T. Saiz
> BEATRIZ T. SAIZ

3212948.1