UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK LEE BOHALL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES GOVERNMENT,<br><br>Defendant. | Civil Action 06-01482  (HHK) |

**ORDER**

On April 18, 2008, this case was called for an initial scheduling conference.  Counsel for the United States government appeared, but plaintiff did not appear.

Accordingly, it is this 23rd day of April 2008, hereby

**ORDERED** that plaintiff shall show cause in a writing that shall be filed by no later than May 22, 2008, why this case should not be dismissed for failure to prosecute; and it is further

**ORDERED** that in the event the case is not dismissed, an initial scheduling conference shall be held on June 20, 2008, at 11:15 AM.

Henry H. Kennedy, Jr.
United States District Judge