Patrick L. Bohall
c/o 3900 Dakota Avenue # 8
South Sioux City, Nebraska 68776
*In Propria Persona*

RECEIVED

MAY 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# District of Columbia

In re: Third Party Summonses:

Patrick L. Bohall;                                   Case # 1:06-cv-01482-HHK-DAR

    Plaintiff,
                                                     RESPONSE TO ORDER TO SHOW
                                                     CAUSE
v.

UNITED STATES' GOVERNMENT,

    Defendant.

On April 23, 2008, the Honorable Henry H. Kennedy issued an ORDER to Plaintiff to "show cause in writing...why this case should not be dismissed for failure to prosecute". The ORDER was predicated upon an apparent failure on Plaintiff's part to attend a scheduling conference set for April 18, 2008.

Plaintiff has reviewed all mail received from the District Court, and from counsel for the defendant, and has found no notice of the scheduling order setting the April 18, 2008 conference. The only mail Plaintiff has received since the date of the scheduling order (obtained since the Court's April 23 OSC) pertains to Plaintiff's dismissed related case (under IRC § 7431).

Plaintiff neither recognizes, nor recalls receiving, the scheduling order in the instant case, and looks forward to being in attendance at the scheduling conference reset to June 20, 2008, at 11:15 AM.

Unsworn Declaration Under Penalty of Perjury

I, Patrick Bohall, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. Executed this 19th day of May, 2008, 2007.

*[signature: Patrick Bohall]*