UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK LEE BOHALL,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES GOVERNMENT,<br><br>　　　　　Defendant. | Civil Action 06-01482  (HHK) |

**ORDER DIRECTING PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

This matter comes before the court upon defendant's motion to dismiss, filed June 7, 2008 [#39]. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . .. should include an explanation that the failure to respond ... may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, it is by the court this 12th day of June 2008 hereby

**ORDERED** that plaintiff file an opposition to defendant's motion on or before July 11, 2008. If plaintiff fails to file a response or opposition to defendant's motion by this deadline, the court may enter judgment in favor of defendant. *See* LCvR 7(b).

　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge