IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EDWARD J. ARMBRUSTER, III | ) ) ) | |
| Plaintiff, | ) ) | No. 1:05-cv-02375 (PLF) |
| v. | ) ) | |
| UNITED STATES, | ) ) | |
| Defendant. | ) ) | |

UNITED STATES' MOTION FOR AN EXTENSION OF TIME

The United States of America, by and through undersigned counsel, hereby moves the Court for an Order granting the United States additional time to file a reply to the plaintiff's opposition to the United States' motion to dismiss.  A reply is due to be filed on July 21, 2008.  The United States requests an extension of time of eleven days to file its reply, which term shall expire on August 1, 2008.

The additional time is requested since counsel for the United States will be traveling outside the country during the time the reply is due to be filed.  Plaintiff pro se has consented to the extension of time.

3409230.1

WHEREFORE, the United States respectfully requests that the Court grant the motion for an extension of time and allow the reply to be filed on or before August 1, 2008.

DATED: July 14, 2008                    Respectfully submitted,

                                        /s/ Beatriz T. Saiz
                                        BEATRIZ T. SAIZ
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        P.O. Box 227
                                        Ben Franklin Station
                                        Washington, DC 20044
                                        Phone/Fax: (202) 307-6585/514-6866
                                        Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney