## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK LEE BOHALL | ) |
| | ) |
| Plaintiff, | ) No. 1:06CV01482 (HHK) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

      Having considered the UNITED STATES' MOTION FOR AN EXTENSION OF TIME, and any response thereto, it is by the Court

      ORDERED that the motion is GRANTED;

      ORDERED that the United States file its reply to plaintiff's opposition to the motion to dismiss on or before August 1, 2008; and it is further

      ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

      SO ORDERED this ____ day of _____ 2008.


_____
                              UNITED STATES DISTRICT JUDGE

3409232.1

COPIES TO:

BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

PATRICK LEE BOHALL
3900 Dakota Avenue #8
South Sioux City Nebraska 68766