IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK LEE BOHALL, | ) |
| Plaintiff, | ) No. 1:06CV01482 (HHK) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION FOR AN EXTENSION OF TIME and proposed ORDER were served upon the following individual(s) on July 14, 2008, by sending a copy by First Class mail, postage prepaid, addressed as follows:

        Patrick Lee Bohall
        3900 Dakota Avenue, #8
        South Sioux City, NE 68776-3696

        /s/ Beatriz T. Saiz
        BEATRIZ T. SAIZ