IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK LEE BOHALL ) | |
| ) | |
| Plaintiff, ) | No. 1:06CV01482 (HHK) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing REPLY TO PLAINTIFF'S OPPOSITION TO THE UNITED STATES' MOTION TO DISMISS was served upon the following individual(s) on August 1, 2008, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> Patrick Lee Bohall
> 3900 Dakota Avenue, #8
> South Sioux City, NE 68776-3696

> /s/ Beatriz T. Saiz
> BEATRIZ T. SAIZ

2304607.1